# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NAOMI COLLINS, Personal Representative of the
Estate of Edward Collins, Jr., Deceased,

    Plaintiff,

v.                                        Case No. 10-13344

NATIONAL GENERAL INSURANCE COMPANY,
a/k/a GMAC INSURANCE,

    Defendant.
                                            /

## ORDER SETTING DEADLINES FOR MOTIONS

On November 10, 2010, the court held a scheduling conference with both parties in attendance. At the conference, Defendant indicated an intent to file a motion to stay proceedings in this case, including Plaintiff's motion for summary judgment, pending the outcome of litigation in the Wayne County Circuit Court. The parties agreed to an abbreviated schedule for filing with regard to this matter. Accordingly,

IT IS ORDERED that Defendant file any motion to stay no later than **Friday, November 19, 2010**. If Defendant files such a motion, Plaintiff must file a response no later than **Monday, November 29, 2010.** Any reply by Defendant must be filed by **Friday, December 3, 2010**.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: November 10, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 10, 2010, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-13344.COLLINS.Order.Motion.Deadlines.nkt.wpd