# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NAOMI COLLINS,

    Plaintiff,

v.                                              Case No. 10-13344

NATIONAL GENERAL INSURANCE COMPANY,

    Defendants.

                                                         /

## ORDER TERMINATING AS MOOT DEFENDANT'S MOTION TO STAY

On November 19, 2010, Defendant National General Insurance Company filed a motion to stay proceedings in the above-captioned matter pending the outcome of a declaratory judgment action in Wayne County Circuit Court that would bear heavily upon the instant case. On January 31, 2011, Defendant informed the court that the case upon which the motion is predicated has been resolved. Accordingly,

IT IS ORDERED that Defendant's motion to stay [Dkt. # 15] is TERMINATED as moot.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: February 3, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 3, 2011, by electronic and/or ordinary mail.

                                                    s/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522