UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAOMI COLLINS, Personal Representative of the
Estate of Edward Collins, Jr., Deceased,

    Plaintiff,

v.     Case No. 10-13344

NATIONAL GENERAL INSURANCE COMPANY,
a/k/a GMAC INSURANCE,

    Defendant.
                                               /

### ORDER REQUIRING RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On November 10, 2010, Defendant filed a motion for summary judgment. After consultation with counsel at the scheduling conference on the same day, the court determined that Defendant's motion to stay pending proceedings in Wayne County Circuit Court should be decided before addressing the motion for summary judgment. In another order entered today, the court terminated the motion to stay as moot. Accordingly,

IT IS ORDERED that Plaintiff respond to Defendant's motion for summary judgment [Dkt. # 13] by **Friday, February 25, 2011**. Any reply by Defendant must be filed by **Friday, March 11, 2011**. Unless otherwise ordered, the court will not conduct a hearing on the motion. *See* E.D. Mich. LR 7.1(f)(2).

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: February 3, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 3, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-13344.COLLINS.Order.Requiring.Response.2.nkt.wpd