**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NAOMI COLLINS, Personal Representative of the
Estate of Edward Collins, Jr., Deceased,

      Plaintiff,

v.                                          Case No. 10-13344

NATIONAL GENERAL INSURANCE COMPANY,
a/k/a GMAC INSURANCE,

      Defendant.
                                                /

**AMENDED ORDER REQUIRING RESPONSE TO PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT[1]**

On November 10, 2010, Plaintiff filed a motion for summary judgment. After consultation with counsel at the scheduling conference on the same day, the court determined that Defendant's motion to stay pending proceedings in Wayne County Circuit Court should be decided before addressing the motion for summary judgment. In another order entered on February 3, 2011, the court terminated the motion to stay as moot. Accordingly,

IT IS ORDERED that Defendant respond to Plaintiff's motion for summary judgment [Dkt. # 13] by **Friday, February 25, 2011**. Any reply by Plaintiff must be filed by **Friday, March 11, 2011**. Unless otherwise ordered, the court will not conduct a hearing on the motion. *See* E.D. Mich. LR 7.1(f)(2).

---

[1] This order amends the order of February 3, 2011, entitled "Order Requiring Response to Defendant's Motion for Summary Judgment," to correctly note Plaintiff, not Defendant, as the moving party.

IT IS FURTHER ORDERED that the "Order Requiring Response to Defendant's Motion for Summary Judgment" [Dkt. # 19] is VACATED.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: February 4, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 4, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-13344.COLLINS.Amended.Order.Requiring.Response.nkt.wpd