**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NAOMI COLLINS, Personal Representative of the
Estate of Edward Collins, Jr., Deceased,

      Plaintiff,

v.                                        Case No. 10-13344

NATIONAL GENERAL INSURANCE COMPANY,
a/k/a GMAC INSURANCE,

      Defendant.

                                                 /

**ORDER REQUIRING RESPONSE TO DEFENDANT'S
MOTION FOR RECONSIDERATION**

On July 15, 2011, Defendant filed a motion for reconsideration of the court's order of July 1, 2011.  After reviewing the motion, the court finds that a response would be appropriate under the circumstances.  E.D. Mich. LR 7.1(h)(2).  Accordingly,

IT IS ORDERED that Plaintiff respond to Defendant's motion for reconsideration [Dkt. # 28] by **Wednesday, August 17, 2011**.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  August 3, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 3, 2011, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522