UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAOMI COLLINS, Personal Representative
of the Estate of Edward Collins, Jr., deceased

                Plaintiff,                Case No. 2:10-cv-13344-RHC-PJK
-vs-                                        Hon.  Robert H. Cleland
                                                Mag. Judge Paul J. Komives

NATIONAL GENERAL INSURANCE COMPANY
a/k/a GMAC INSURANCE, a Missouri corporation,

                Defendant.
_____/

| BARRY P. WALDMAN (P21902) | MICHAEL F. SCHMIDT (P25213) |
|---|---|
| BRIAN A. MCKENNA (P46671) | Attorney for Defendant |
| Attorneys for Plaintiff | 1050 Wilshire Drive |
| 1000 Farmer St. | Suite #320 |
| Detroit, MI 48226 | Troy, MI  48084 |
| (313) 965-3464 | (248) 649-7800 |
| (313) 965-4315 Fax | (248) 649-2316 - FAX |
| brianmckenna@sachswaldman.com | mschmidt@harveykruse.com |

**AMENDED
ORDER FOR APPROVAL OF SETTLEMENT AND AUTHORIZING
<u>DISTRIBUTION OF PROCEEDS</u>**

      An Amended  Motion for Approval of Settlement and Authorizing Distribution of Proceeds having been filed, notice having been given and/or waived as required by statute and court rule and the Court being otherwise fully advised in the premises, NOW,

***THEREFORE:***

      The Court finds that this cause of action was settled for the total of Eighty Five Thousand ($85,000.00) Dollars, that none of said Eighty Five Thousand ($85,000.00) Dollars is being received by the Estate as reimbursement for conscious pain and suffering,

2:10-cv-13344-RHC-PJK   Doc # 53   Filed 03/05/12   Pg 2 of 3   Pg ID 1700


that there are not outstanding medical and hospital expenses of the decedent, that there is no claim funeral and burial expenses and that the proper distribution of the entire Eighty Five Thousand ($85,000.00) Dollars and the persons have suffered a loss as a result of the death of decedent are as indicated below and:

**IT IS ORDERED** that the proceeds received in this matter shall immediately be disbursed as follows:

| | | |
|---|---|---|
| (A) | To SACHS WALDMAN Professional Corporation for attorney fees | $17,814.95 |
| (B) | To SACHS WALDMAN Professional Corporation as reimbursement of costs | $ 4,832.72 |
| (C) | Naomi Collins, spouse (loss of society and companionship) | $15,588.09 |
| (D) | Alicia Ewings, daughter (loss of society and companionship | $15,588.08 |
| (E) | Aaron Greene, son (loss of society and companionship | $15,588.08 |
| (F) | Hassanh Collins, son (loss of society and companionship | $15,588.08 |
| (G) | Edward Collins Sr., father  (loss of society and companionship | 0 |
| (H) | Margaret Collins, sister (loss of society and companionship | 0 |
| (I) | Alice Collins, sister (loss of society and companionship | 0 |
| (J) | Nancy Byrd, sister (loss of society and companionship | 0 |
| (K) | Charlene Patterson, sister (loss of society and companionship | 0 |

| | | |
|---|---|---|
| (L) | Patricia Watkins, sister (loss of society and companionship | 0 |
| (M) | Jacqueline Friday, sister (loss of society and companionship | 0 |
| (N) | Michael Collins, brother (loss of society and companionship | 0 |
| (O) | Donald Collins, brother (loss of society and companionship | 0 |
| (P) | Norman Collins, brother (loss of society and companionship | 0 |
| (Q) | Debra Ann Anderson, sister, (loss of society and companionship | 0 |

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  March 5, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 5, 2012, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522